# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| GLOBAL PROCESSING, INC., <br><br> Appellant, <br><br> vs. <br><br> IOWA DEPARTMENT OF AGRICULTURE AND LAND STEWARDSHIP, et al., <br><br> Appellees. | Case No. 23-CV-3040-LTS-KEM <br><br> **REPORT AND RECOMMENDATION** |

_____

I granted Appellant Global Processing, Inc.'s attorney's motion to withdraw and ordered that Global Processing retain counsel by a certain date or risk dismissal. Doc. 9. A Chapter 11 Trustee has since been appointed in the underlying bankruptcy action and entered an appearance in this case. Doc. 10. Under Federal Rule of Bankruptcy Procedure 2012(a), the Trustee "is substituted automatically for the debtor in possession as a party in any pending action, proceeding, or matter."[1] But here, the appeal challenges the Chapter 11 Trustee's appointment.

The Chapter 11 Trustee does not intend to pursue an appeal challenging his appointment. And the former debtor-in-possession for Global Processing, Inc., has not retained counsel to pursue the appeal on his behalf. Accordingly, **I respectfully recommend that the district judge dismiss this appeal**.

Objections to this Report and Recommendation must be filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the

---

[1] *See* **Fed. R. Bankr. P. 2012(a)**.

objections.[2] Failure to object to the Report and Recommendation waives the right to *de novo* review by the district court of any portion of the Report and Recommendation, as well as the right to appeal from the findings of fact contained therein.[3]

      **DONE AND ENTERED** on December 13, 2023.

*Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa

---

[2] **Fed. R. Civ. P. 72**.

[3] *See **United States v. Wise**,* 588 F.3d 531, 537 n.5 (8th Cir. 2009).